FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-14-00258-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY INC.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant Helvetia Asset Recovery, Inc. seeks to appeal the trial court's order signed on December 11, 2013 which granted the motion to "Set Aside Judicial Findings of Fact and Conclusions of Law Regarding A Document or Instrument Purporting to Create a Lien or Claim."

Appellate courts have jurisdiction over appeals from final judgments and appeals from certain designated interlocutory orders. *See See Bison Bldg. Materials, Ltd. v. Aldridge*, 422 S.W.3d 582, 585 (Tex. 2012) ("Unless specifically authorized by statute, Texas appellate courts only have jurisdiction to review final judgments."); *Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment."); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2008) (designating appealable interlocutory orders).

It appears from the clerk's record that the December 11, 2013 order is neither a final judgment nor an appealable interlocutory order. It is therefore ORDERED that appellant show cause in writing within 15 days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See Lehmann,* 39 S.W.3d at 200; *City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988). If appellant does not timely show cause why this court has jurisdiction over this appeal, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

All appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

FILE COPY

_Rebeca C. Martinez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

Keith E. Hottle
Clerk of Court